08-3980-ag
Zhu v. Holder

BIA
Holmes-Simmons, IJ
A98 355 307

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of February, two thousand ten.

PRESENT:
> ROSEMARY S. POOLER,
> SONIA SOTOMAYOR,
> DEBRA ANN LIVINGSTON,
> > *Circuit Judges.*

_____

BO FU ZHU,
> *Petitioner*,

> v.                                          08-3980-ag
>                                             NAC

ERIC H. HOLDER JR.,[1]
> *Respondent*.

_____

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Eric H. Holder Jr. is automatically substituted for former Acting Attorney General Mark R. Filip as respondent in this case.

FOR PETITIONER:          Bo Fu Zhu, *pro se*, Bayside, N.Y.

FOR RESPONDENT:          Michael F. Hertz, Acting Assistant Attorney General, Douglas E. Ginsburg, Senior Litigation Counsel, Zoe J. Heller, Trial Attorney, Office of Immigration Litigation, Civil Division, United States Department of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a decision of the Board of Immigration Appeals ("BIA"), it is hereby ORDERED, ADJUDGED, AND DECREED, that the petition for review is DENIED.

Petitioner Bo Fu Zhu, a native and citizen of the People's Republic of China, seeks review of a July 25, 2008 order of the BIA affirming the November 27, 2006 decision of Immigration Judge ("IJ") Theresa Holmes-Simmons, denying his applications for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Bo Fu Zhu*, No. A98 355 307 (B.I.A. Jul. 25, 2008), *aff'g* No. A98 355 307 (Immig. Ct. N.Y. City Nov. 27, 2006). We assume the parties' familiarity with the underlying facts and procedural history of the case.

We review the submissions of *pro se* petitioners broadly to raise the best arguments they suggest. *See Bertin v. United States*, 478 F.3d 489, 491 (2d Cir. 2007). Here, however, even broadly construed, Zhu argues only that the agency erred by failing to consider his claim that he would

be tortured by snakeheads if he is returned to China. Thus, we deem the other arguments he made before the agency to have been waived. *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 541 n.1, 545 n.7 (2d Cir. 2005). These include his family planning claim, his claim that he would be tortured by Chinese authorities for illegally departing the country, and any claim that he was entitled to asylum or withholding of removal where Zhu's brief addresses only CAT relief.

While Zhu contends before this Court that the IJ erred by failing to consider his CAT claim based on "snakehead torture," he did not make any such claim before the BIA. The Government raises this failure to exhaust in its brief to this Court. Accordingly, we decline to consider this unexhausted issue. *See Lin Zhong v. U.S. Dep't of Justice*, 480 F.3d 104, 119-22 (2d Cir. 2007). Because Zhu's petition for review is based solely on his unexhausted claim that he will be tortured by snakeheads if returned to China, there is nothing left for us to review.

For the foregoing reasons, the petition for review is DENIED. As we have completed our review, the pending motion for a stay of removal in this petition is DISMISSED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3